Decided April 21, 2010

## CHARLES GREEN *v.* COMMISSIONER OF CORRECTION

The petitioner Charles Green's petition for certification for appeal from the Appellate Court, 119 Conn. App. 348 (AC 29040), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Paul R. Kraus*, special public defender, in support of the petition.

*Bruce R. Lockwood*, senior assistant state's attorney, in opposition.

Decided April 29, 2010